UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RONALD GARNER,<br>　　　Plaintiff, | Case No.:  2:16-cv-11238-AJT-EAS<br>Hon. Arthur J. Tarnow |

V

SKIERS PIER, INC.,
　　　Defendant.

---

Adam S. Alexander (P53584)
The Alexander Law Firm
17200 W 10 Mile Rd Ste 200
Southfield, MI 48075-8200
(248) 246-6353
adalesq@gmail.com

---

LAW OFFICE OF
DAVID J. DOMSTEIN & ASSOCIATES, PLLC
30150 TELEGRAPH ROAD, SUITE 444
BINGHAM FARMS, MI 48025  (248) 645-1810

## **STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL**

This matter having come before the court upon the stipulation of the parties and the court being fully advised in the premises,

It is hereby ordered that CATRINA FARRUGIA is substituted as counsel for Plaintiff, Ronald Garner, accordingly Adam S. Alexander's appearance is hereby withdrawn.

　　　　　　　　　　　　　　　　　　　　　s/Arthur J. Tarnow
　　　　　　　　　　　　　　　　　　　　　ARTHUR J. TARNOW
　　　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE

Approved as to form, notice of entry waived:


**/s/ Adam S. Alexander**　　　　　　　　　　　**/s/ Catrina Farruga**
ADAM S. ALEXANDER　　　　　　　　　　　　CATRINA FARRUGIA (P70480)