UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD GARNER,      Case No.: 2:16-cv-11238-AJT-EAS
   Plaintiff,     Hon. Arthur J. Tarnow

V

SKIERS PIER, INC.,
   Defendant.

DOMSTEIN & FARRUGIA, PLLC
Catrina Farrugia (P70480)
1668 S. Telegraph Road, Suite 120
Bloomfield Hills, MI 48302
(248) 645-1810

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come to the Court's attention upon the request of Plaintiff, and the court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

This is a final order and closes the case.

    s/Arthur J. Tarnow
    ARTHUR J. TARNOW
    SENIOR U.S. DISTRICT JUDGE

DATED: July 11, 2016

Approved as to form, notice of entry waived:

**/s/ Catrina Farrugia**
CATRINA FARRUGIA (P70480)

LAW OFFICE OF
DAVID J. DOMSTEIN & ASSOCIATES, PLLC
30150 TELEGRAPH ROAD, SUITE 444
BINGHAM FARMS, MI 48025 (248) 645-1810